Clayton C. Averbuck, SBN 90666
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32107 Lindero Canyon Rd., Ste 231
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667
caverbuck.mag@flash.net and jgysler.mag@flash.net

Attorneys for LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT

CLOSED

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN HARRIS, an individual; DOROTHY HAJEK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No.: CV08-01246 RGK (AJWx)<br><br>JUDGMENT IN FAVOR OF DEFENDANT LOS ANGELES COUNTY CHILD SUPPORT SERVICES DEPARTMENT |

The Motion for Summary Judgment of Defendant Los Angeles County Child Support Services Department was set for January 20, 2009, in Courtroom 850 of the Federal District Court, located at 255 E. Temple St., Los Angeles, California, the Honorable R. Gary Klausner, presiding. The matter was taken under submission on that date and an Order issued on February 3, 2009.

After consideration of the evidence presented and a decision having been duly rendered, IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiffs Morgan Harris and Dorothy Hajek, take nothing, that the action be dismissed on the merits and that defendant Los Angeles County Child Support Services Department recover its costs.

DATED: February 12, 2009

_____
UNITED STATES DISTRICT JUDGE